## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

      Valerie Smith

                              Debtor(s)

Case No.:  08 B 02462

Chapter:  13

Judge A. Benjamin Goldgar

### NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**   Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
       Valerie Smith, Debtor(s), 2816 Gilead Avenue, Zion, IL  60099
       Edwin L Feld, Attorney for Debtor(s),  29 S. LaSalle Street Suite 328, Chicago, IL 60603

      You are hereby notified that WELLS FARGO HOME MORTGAGE has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

      You are hereby notified that debtor(s) is(are) due to WELLS FARGO HOME MORTGAGE for the contractual mortgage payment due 12/01/10. As of the 12/14/10 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/10 post-petition mortgage payments, with the 01/01/11 coming due, plus $54.61 in late charges.  The current mortgage payment amount due each month is $1,365.19.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

      Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/06/11, WELLS FARGO HOME MORTGAGE's rights to collect these amounts will remain unaffected.

### PROOF OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 4, 2011.

                                       /s/ Maria Georgopoulos
                                      Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450

Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-08-03641)**

NOTE: This law firm is deemed to be a debt collector.